PATRICIA J. CURTO, Appellant, v NEW YORK LAW JOURNAL et al., Respondents.

Submitted April 3, 2017; decided June 8, 2017

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8, Respondent, v LARINZO CLAYTON, Also Known as LARINZO D. CLAYTON, Appellant, et al., Defendants.

Submitted April 17, 2017; decided June 8, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.